United States Courts
Southern District of Texas
FILED

JAN 29 2026

Nathan Ochsner, Clerk of Court

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

FREGOSO, AGUSTIN Next Friend on behalf of others similarly situated
Fregoso, Agustin 02585130, ET AL Plaintiffs
Plaintiff's Name and ID Number

Stringfellow/Ramsey II 1200 F.M. 655
Rosharon, Texas 77583
Place of Confinement

CASE NO.: 3:26-cv-30
(Clerk will assign the number)

v.

Executive Director / Linda Hancock
Texas Department of Criminal Justice Two Financial Plaza
Defendant's Name and Address

Texas Director of Texas Health and Human Service
Defendant's Name and Address

C.E.O.
Management Training Corporation Centerville, Utah
Defendant's Name and Address
(DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:** State should pay fees plus lawyers fees

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

We are in imminent danger.



Seek Noble Shell 2R for Justice
Rebuild Noble Temple 2 universal peace
mankind survival depends on this

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)** State should Pay

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

Am sending inmate trust fund certificate if TDCJ will give to me

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

will not give to me see exhaustion of State remedies

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ~~NO~~

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: N.A.
2. Parties to previous lawsuit:

   Plaintiff(s)__________

   Defendant(s)__________
3. Court: (If federal, name the district; if state, name the county.)__________
4. Cause number:__________
5. Name of judge to whom case was assigned: __________
6. Disposition: (Was the case dismissed, appealed, still pending?) __________
7. Approximate date of disposition:__________

II. PLACE OF PRESENT CONFINEMENT: Stringfellow Unit 1200 F.M. 655 77583

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
See included exhibits / Declarations of Harm

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Agustin Fregoso 02505130 1200 F.M. 655 Rosharon, Texas 77583

Executive Director TDCJ
Reentry Program Director Linda Hancock
Two Financial Plaza Huntsville, Te[xas]

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: These defendants operating under "Color of STATE Laws in violating patients civil rights

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conditions of confinement are condemnable – Bodily injury imminent
No access to THE Courts

Defendant #2: Texas Health and Human Services Director
Service @ sos.gov

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1 TAC § 354.2203 No ADA accommodations for special needs – No special needs → 42 § 12101

Defendant #3: UTMB University of Texas Medical Branch
big Em Aggies!

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate indifferent to patients needs – Do not provide exams by one or more
Health care providers are not trained in diagnosis and treatment substance abuse

Defendant #4: Management Training Corporation C.E.O.
Centerville, Utah

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
26 TAC § 564.901 16 to 1 offender ratio, Substance Abuse
Being negligent to case management needs of patients

Defendant #5: Texas Commission on Alcohol and Drug Abuse
Director in Official / Individual capacity

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not protecting Rights of special Needs A.D.A. provisions
mentally / Physically impaired individuals – No "special Needs" services – No 24 Hour medical services
Special Needs designation gives 50% increase in punishment

Recreation time non existent
water toxic due to facility ancient piping
Comes out of pipes color of urine
rust in water stains clothing
No safe Drinking water

See included complaint

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See included complaint per Fed Rules Civ. procedures initiation of complaint

Deprivation of civil Rights under color of State laws 42 1983 ↑ 42 12101
Conditions of confinement punishment that is cruel + unusual
Safe Drinking Water Act violation
42 § 9607 facility water pipes causing toxic water supply must supply clean water

VI. RELIEF: Habeas Corpus relief sought 22 2254

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Texas civil pra remedies § 37.004 Declare Defendants Activities unconstitutional see included exhibits

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Gus

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

None Known

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):____________
2. Case number:____________
3. Approximate date sanctions were imposed:____________
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

page 1 CITING AUTHORITIES

STATEMENT OF CLAIMS page 1 of 3

1. Conditions of Confinement offend The 8th Amendment as punishment that is cruel and unusual SAFPF "Substance Abuse Felony Punishment Facility" Deviations from normal feeding practices is forbidden under the 8th Amendment

Inmates are being denied meaningful recreation time which is causing irreparable circulatory issues - averaging one (1) session per month - well below state mandate of three (3) times per ~~month~~ week. see 37 § 285.1

see 37 § 261.1 Many inmates are being "bunked together in confines with approximately 20 square feet of floor area. Storage areas are over ran by rodents - lockers Do NOT Close. men forced together must smell each others flatulence constantly - worst form of punishment is being exposed to another inmates gas during "sleeping hours." This facility is old and condemnable as evidenced by the water supply piping. Also, this facility is grossly unsanitary (see included placard illustration detailing Texas/Federal Health and Safety violations)

Plaintiffs' allege that The STATE OF TEXAS is Knowingly, ~~intentionally~~ intentional and deliberately depriving inmates of The Rights protected by The First, Sixth, Eighth and Fourteenth Amendments to the United States Constitution. In addition to this Plaintiffs attest that the Defendants are operating under "Color of STATE Laws in violating the Civil Rights under a list 42 § 1983, 42 § 290, 42 § 2000(d-1 - d 7) 42, 4542, 42 10801, 42 12101 Equal Protections of Federal Laws - 9401 Violations of Acts of Congress - Broad "ultra Vires" quasi State officials - Directors violating STATE OF TEXAS AND FEDERAL Laws, Norms and Traditions.

Poor confinement condition claims include toxic Rust/Copper levels which requires emergency injunctive relief - Empirical Evidence shows these types of contaminations will shut down The Kidneys ... the central nervous system, ET AL.

CITING AUTHORITIES
STATEMENT OF CLAIMS continued



Discovery through various environmental statutes will reveal that this Intervention permits suits by interested parties in Agency Proceedings and Judicial review of Agency orders pursuant to 5 USCS § 551 et seq. Right of Review under 5 USCS § 702 VENUE under 5 USCS § 703 28 USCS 1391 (b)
STATE liability under Safe Drinking Water ACT 42 USCS § 9607 Abrogates any sovereign Immunity through Fourteenth Amendment guarantee § 9607 (a) (4) (c) provides for assessing water testing. damages for injury, costs relating to assessing such injury, damage destruction to life, liberty and limbs resulting from knowing release.
* Note staff are provided bottled drinking water - STATE CANNOT Claim No Knowledge.. Federal civil practice Intervention of Right § 24.02 Statutorial trigger § 544.0051 A.O.G. gov O.A.G. gov
See also 42 § 1997 c. Intervention in actions for individuals deprived of civil Rights in a pattern or practice

Summary judgment is appropriate

42 § 1997 a-1 Issuance of Subpoena
(b)(1)(B) Shall be served by any person or class of persons designated by The Attorney General or a designated officer or employee for that purpose
42 § 1997 b. Certification requirements; Attorney General to personally sign certification
USCS Rule 5.1. Constitutional Challenge to a State Statute — NOTICE, Certification, and Intervention

Punishment and extensions of periods of time due to a mentally or physically disabling condition violates Equal Protections rights. Intentional infliction of emotional and psychological distress (IIEPD) hence Substance Abuse Felony PUNISHMENT Facility offends Lady Liberty's constitutional consciousness to Her core.

Jurisdiction
28 § 636 Designation of special master Rule 53(

The State of TEXAS has outdone itself and The Federal Government by these "Ultra Vires" activities which contravene Article VI Supreme Law of The land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding.

Abuse of Process, Abuse of Discretion, Abuse of Authority and Abuse of power under Color of STATE "Sovereign Immunity" breach the contractual and fiduciary duties of The Judiciary

STATEMENT OF CLAIM
Continued



42 USCS § 2000d-2. Judicial review; administrative procedure provisions
Any person(s) agrieved may obtain judicial review of such action pursuant to section 10 of the Administrative Procedure Act 5 USCS § 70
TEXAS Judicial review Statutorial Anchors
30 TAC § 290.265 Administrative penalty for violating safe water act
26 TAC § 506.73 Administrative Penalty for Special Care Facilities

42 USCS § 1997a. Initiation of civil actions
(a) Discretionary authority of Attorney General; preconditions

The STATE OF TEXAS is now punishing those that are suffering with a disease see Tex Gov Code § 501.093

- 34 10424 Residential Substance Abuse Treatment Program
(d)
Grant Authorization The Attorney General may make grants under this part 34 10421
34 10151 Residential Substance Abuse Treatment for STATE Prisoners
34 § 10631 Adult and juvenile offender state and local reentry demonstration projects
(a)
Grant Authorization
34 § 10109 Office of Audit, Assessment, and Management
Office of JUSTICE Programs
Best Forensic Auditing practices of STATE OF TEXAS
Rehabilitation/Habilitation Programs

- 34 § 10271 Misuse of Federal assistance

- Substance Abuse Felony Punishment Facilities are in contravention to the Federal framework

Notes

STATEMENT OF CLAIMS

The purpose of this action is not to embarrass or to cause losses of employment. In fact, it is not even to shut down the SAFP programs. This is on behalf of the plaintiffs and others that were or are in similar circumstances that have been misled agrieved and/or have suffered due to these detainment practices, conditions of confinement and policies/procedures which combined are causing irreparable harm and injury to these agrieved U.S. citizens ~~(and persons legally admitted into this country)~~. aggrieved grieve

When an individual enters into a "plea" agreement with this STATE the legal requirement is that it is made knowingly and intelligibly in order for there to be a deal to dispose of the case - everybody is supposed to receive something to the "benefit" of ALL parties. for the expeditious functioning of the court.

Instead, The STATE OF TEXAS through mostly STATE paid "Capital Club" like lawyers is duping defendants into programs like SAFP, ISF, SATF, (and there are others) this all without the knowing required for case disposition.

~~What is happening now~~ is cases are discussed, set for case disposal and then defendants are handed a computer tablet and ~~are then~~ directed to sign. What is described as a fourteen day (14) wait time for a bed to SAFP becomes (in many cases) ~~to be~~ four - six months waiting. Then defendants are exposed to an additional waiting period for diagnostics medically and mentally in route to a program that turns out to be something entirely different then what was agreed. People that ~~are hearing and in many cases~~ have been stipulated to substance abuse treatment are instead redirected to receive punishment in the In prison Therapeutic community which requires 6-9 months of extreme physical and mental

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ______________________
2. Case number: ______________________
3. Approximate date warning was issued: ______________________

Executed on: 01/27/2026
DATE

Agustin Fregoso
[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 27th (Day) day of January (month), 20 26 (year).

Agustin Fregoso
[signature]
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

page 1

UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
JAN 29 2026
Nathan Ochsner, Clerk of Court

ORIGINAL CLASS ACTION ORIGINAL COMPLAINT

NEXT FRIEND / AGENT / REPRESENTATIVE

AGUSTIN FREGOSO ; BRANDON KEITH Agbomuo ; SHELL, ROBERT NOBLE ; FORD, DAVID WILLIAM ; ET AL

PLAINTIFFS

VS.

THE STATE OF TEXAS, DIRECTORS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY TEXAS COMMISSION ON ALCOHOL AND DRUG ABUSE, TEXAS DEPARTMENT OF CRIMINAL JUSTICE CID AND MTC GEO. DEFENDANTS ET AL,

SEEK NOBLE SHELL 2R FOR JUSTICE, NOBLE SANCTUARY FOR PEACE ORIGINAL COMPLAINT FOR DECLATORY INJUNCTIVE MANDATORY AND OTHER EQUITABLE RELIEF, DAMAGES - CLASS ACTION Fed R Civ. P R 23

I PRELIMINARY STATEMENT

THIS IS A CIVIL RIGHTS COMPLAINT CLASS ACTION INVOLVING CONDITIONS OF CONFINEMENT AND POLICIES AND PRACTICES OF DEFENDANTS REGARDING INMATES/OFFENDERS CONFINED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE SUBSTANCE ABUSE FELONEY PUNISHMENT FACILITY OR FACITITIES AND OTHER SIMILARLY SITUATED REMOTE LOCATIONS THROUGHOUT THE GREAT STATE OF TEXAS AND THE UNITED STATES OF AMERICA, THAT ARE MANAGED BY MTC...

THE PLAINTIFFS BRING THIS ACTION ON BEHALF OF THEMSELVE AND OTHERS SIMILARLY SITUATED WHO ARE OR HAVE BEEN DURING THE PAST YEARS OR WILL BE STIPULATED AND CONFINED IN STAFF SPECIAL NEEDS OR SAFP MULTI NEEDS UNITS AND THEREBY / THEREIN EXPOSED SUBJECTED TO DANGEROUS PUNITIVE AND UNLAWFUL PRACTICES METHODS / METHODOLOGIES IN THE ADMINISTRATION AND ENFORCEMENTS FROM AND THROUGH VARIOS DISTRICT COURTS SITUATED THROUGHOUT TEXAS.

THIS CASE ALSO CHALLENGES THE TERMS OF DETAINMENT "UNTIL BEDS ARE AVAILIABLE" IN WHICH THE PLAINIFF CLASS ARE DEPRIVED OF STATUTORY AND REGULATORY RIGHTS IN THE LENGTHY WAITING PERIOD IN TRANSFER - PRE TRANSIT - IN SOME CASES (4) MONTHS OR MORE WAITING FOR AVAILIABILITY INTO

Page 2

THE LIMITED BED STATE SANTIONED ALLOTMENT. PURSUAT TO TEXAS LAWS. THE PLAINIFFS ARE EXPIRIENCING SIGNIFICANT "ATRITTION" LIKE LOSSES AND UNLAWFUL DEPRIVATIONS TO LIBERTY, PROPERTY AND IN SOME CASES LIFE... NO PERSON KNOWINGLY AND INTELLIGIBLY WOULD CONSENT OR AGREE TO SUCH LENGTHY DELAYS DUE TO STATE OF TEXAS LACK OF PREPARATION, UNREADINESS -- LACK OF ACCOMODATION FOR COURT ORDERED "VOLUNTARY" PROGRAMING PARTICIPANTS - BED AVAILIBILITY SHOULD NOT BE WAITING 14 DAYS OR MORE.

IN ADDITION, THIS ACTION SHOULD BE STYLED AS AN INDICATOR FOR CRIMES AGAINST LADY LIBERTY, THE ESTABLISHMENT OF AND FOR JUSTICE AND THEN VIOLATIONS AGAIST THE CIVIL RIGHTS OF TEXANS, U.S. CITIZEN'S, FOREIGN NATIONALS, DUAL NATIONALITY CITIZENS - MANY OF WHOM ARE OR HAVE BEEN THROUGH THESE TDCJ CONTINUUMS OF CONFINED RECIDIVISM THROUGH QUASI INDIVIDUAL NARROW AND BROAD "ULTRA VIRES" ENFORCEMENT ACTIVITIES AS A RESULT OF THESE "COLOR OF LAW" STATE OF TEXAS DEFENDANTS - UNKNOWING IN "SPECIAL NEEDS" INMATES "ASSYLUM SEEKERS" FROM THE 80'S ERA FAILED FAILED WAR ON DRUGS WHOM ARE BEING GATHERED TOGETHER IN CONCENTRATED LEPER COLONY STYLED THERAPUTIC CAMPS - PEER INMATE MENTAL RESIDENTIAL COMMUNITIES - TDCJ HOUSING IN PRISON - MTC - PROGRAMING - UTMB QUASI MEDICAL CARE / MULTI-NEEDS ASSESSMENTS / CLASSIFICATION FACTUAL ISSUES APPLICABLE TO THE ENTIRE CLASS INCLUDE THE CONDITIONS OF CONFINEMENT; TEXAS/U.S. - HEALTH AND SAFETY CONCERNS, CRUEL AND UNUSUAL FEEDING PRACTICES -- LENGTHY LOCK DOWNS IN WHICH OFFENDERS ARE SUBJECT TO IN BUNK DETAINMENT IN 40 FT² (SQUARE FEET) 2 (TWO) MEN PER SPACE LIVING CONDITIONS FOR WEEKS - SO BARBARIC, MUST GIVE STATE

ID TO USE THE TOILET. ALSO, THESE FACILITIES (FUNDING IS NEEDED) ARE OUT OF COMPLIANCE WITH STATE AND FEDERAL LAWS THAT GUARANTEE THE RIGHTS - BILL OF RIGHTS FOR CIVIL RIGHTS AND RIGHTS REGARDING HUMAN DECENCY - STANDARDS OF DECENCY - BLACK MOLD BUILD-UP SO THICK - SLICK WITH NO ADA GUARD RAILS - MULTI NEEDS FACILITIES - SEE 42 (TITLE) U.S.C.S. 1983 - 42 U.S.C.S. 12101-12132 - 2 §1311 RIGHTS AND PROTECTIONS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 THE REHABILITATION ACT OF 1973 AND TITLE I AND II AMERICANS DISABILITIES ACT (a) DISCRIMINATORY PRACTICES PROHIBITED.

THEN TO ADD INSULT TO INJURY THE STATE KNOWINGLY (AGAINST OUR OWN POLICIES AND PROCEDURES) ENGAGES IN ACTIVITIES THAT DEPRIVE INMATES OF REAL MEANINGFUL ACCESS TO COURTS - ELECTRONIC - PHYSICAL OR OTHERWISE THAT A LAY PERSON EDUCATED ON SUCH THINGS WOULD FIND TO BE REASONABLE IN ACCORDANCE WITH 4TH AMENDMENT REASONABILITY ~~AMENDMENT~~ RESPONSIBILITY STANDARDS [FOR DECENCY] THESE DEPRIVATIONS INCLUDE, BUT ARE NOT LIMITED TO DUE PROCESS. ACCESS TO COURTS, TELEPHONIC ISOLATION, INTERNET ISOLATION - STATE MANDATES ON ELECTRONIC FILING - REAL MEANINGFUL TIME SENSITIVE ACCESS TO OFFICIALS, GOVERNMENT ACCESS, EXTREMELY LIMITED ACCESS TO JUDGES - INTERN COUNSELORS "ACTING AS LIASON" "COUNSEL" WITHOUT LICENSING CREDENTIALS TO PROVIDE SUCH THINGS THEN THE STATE PLAGIARIZES PHYSICAL "LAW LIBRAR ACCESS WITH INDIRECT ACCESS - WHICH IS PERHAPS THE MOST HEINOUS - EGREGIOUS DUE PROCESS VIOLATION - TABLE OF CONTENTS OFFERINGS INSTEAD OF THE CONTENT ENSHRINED THROUGHOUT THE STATE CODE OF CRIMINAL PROCEDURE THE TEXAS PENAL CODE, FEDERAL RULES CIVIL AND CRIMINAL PROCEDURES & STATE PRODUCED IMPEDIMENT TO PRESENT THE PRIVATE, INTIMATE RESEARCH INTO THE NUCENCES OF ONES CASE HAS BEEN STRIPPED AWAY ALONG WITH A

LAUNDRY LIST OF VIOLATIONS AGAINST STATE AND FEDERAL LAWS NORMS AND TRADITIONS PURSUANT TO THE CIVIL RIGHTS ACT 42 U.S.C. § 1983 AND 42 § 10801 PROTECTION AND ADVOCACY FOR INDIVIDUALS WITH MENTAL ILLNESS ACT.

II JURISDICTION

2. THIS COURT HAS JURISDICTION OF THIS ACTION UNDER 28 U.S.C. § 1343 (3) THIS BEING THE AN ACTION AFORE-MENTIOND DEPRIVATIONS - CIVIL RIGHTS VIOLATIONS BY DEFENDANTS WHO ARE ACTING UNDER COLOR OF LAW (STATE), AGAINST THE RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES AND THE CIVIL RIGHTS ACT, 42 USC. § 1983, RULE 24 FED RULES CIV PROC (CIVIL RIGHTS ACT)

III VENUE IS PROPER

3. THIS COURT ALSO HAS JURISDICTION OF THIS ACTION UNDER 28 U.S.C. § 1343 (4) THIS BEING AN ACTION TO RECOVERY DAMAGES AND TO SECURE DECLARATORY INJUCTIVE RELIEF, ACTS OF CONGRESS 42 U.S.C.S. § 10801

IV STATE OF TEXAS ADMINISTATIONS GRIEVANCE POLICIES EXHAUSTED 4 JURISDICTION IS CONFERRED ON THIS COURT BY 28 U.S.C § 1331 AND 8 USC. § 1329. JURISDICTION IS ALSO CONFERRED BY 28 U.S.C. § 1361 WHICH ALLOWS FOR MANDAMUS ACTIONS TO COMPEL OFFICERS AND EMPLOYEES OF THE UNITED STATES TO PERFORM A DUTY OR DUTIES OWED TO THE PLAITIFFS 28 U.S.C. §§ 2202, AND RULE 57 AND 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE PERMITTING DECLARATORY, AND INJUNCTIVE ACTIONS

V LADY LIBERTYS, INTERESTS IN THIS MATTER REQUIRES DUE DILIGENCE 5. IN ADDITION JURISDICTION AND THE DUTIFUL OBLIGATIONS CONTAINED THROUGHOUT THIS PETITION AND COMPLAINT OF THE CIVIL RIGHTS VIOLATIONS BEING COMITTED AGAINST THE PLAINTIFFS CLASS AND SUBCLASSES ARE MULTI-JURISDICTIONAL DUE TO THE DIVESITY OF CITIZENS BOTH STATEWIDE U.S. AND FOREIGN NATIONALS

WHOSE RANGES (WITHIN CLASS) ARE FROM ETHIOPIA TO PALESTINIAN "ISRAEL ARABS" MEXICAN AMERICANS - THESE ARE U.S. CITIZENS AND ALIENS LAWFULLY ADMITTED FOR PERMENANT RESIDENCE WHOM ARE GATHERED TOGETHER AS HOSTAGES, REFUGEES - CITIZENS DISPLACED - CAPTURED DUE TO THE 80'S ERA REMAINING "WAR ON DRUGS" ARCHAIC "(FAILED ACTIVITIES)" LEGISLATION THAT IS CREATING CRIM-IALLY PUNITIVE CODE FOR THE DISINFRANCHISED "REAL VICTIMS" FROM THE WARFUL ACTIVITIES: (SEE ANNEX TO THE HAGUE CONVENTION IV, RESPECTING THE LAWS AND CUSTOMS OF WAR ON LAND; SIGNED 18 OCTOBER 1907) - THE STATE OF TEXAS IS OFFENDING THE UNITED STATES OF AMERICA AND THE GENEVE CONVENTION - THE HAGUE TREATIES IN THE GATHERING OF THE ILL AND DISPLACED - TRANSIENTS SEEKING SOLACE - SAFE HAVEN - SANCTUARY WHOM HAVE BECOME ISOLATED INDIVIDUALS / FAMILIES THAT ARE OR WERE EXPOSED TO THE FAILED POLOCIES IN RESTRICTING THE MOVEMENT OF CHEMICALS IN MASS PRODUCTION - WHOM WERE (THROUGH NO FALT OF THEIR OWN) CAUGHT UP IN THESE STATE SACTIONED FAILURES. THE STATE OF TEXAS HAS FAILED TO SECURE ITS BORDERS FROM THE MOVEMENT OF DRUGS IN AND OUT OF ITS BORDERS AND NOW AS A RESULT OF AN INTELLI-GENCE "EPIC" BLANDER THE UNSUSPECTING ARE NOW TO BLAME. THE LOWLY IN SPIRT, THE POLITIICALLY OPPRESSED. THE TRANSIENTS, THE DISINFRANCHISED, THE COLLATERAL CON-SEQUENCES OF THE "WAR ON DRUGS" ARE BEING HOUSED IN ROSHARON TEXAS, HENDERSON TEXAS, SAN DIEGO; ALONG WITH OTHERS SIMILARLY SITUATED - CONJOINED WITH M.T.C.

II PROCEDURES IN VINDICATION OF CIVIL RIGHTS

6. 42 U.S.C. § 1988 (a) APPLICABILITY OF STATUTORY COMMON LAW: THE JURISDICTION IN CIVIL AND CRIMINAL MATTERS CONFERRED ON THE DISTRICT AND CIRCUIT COURTS [DISTRICT COURTS] BY THE PROVISIONS OF THIS TITLE, AND THE TITLE OF "CIVIL RIGHTS" AND OF TITLE CRIMES FOR THE PROTECTION OF ALL

PERSONS IN THE UNITED STATES IN THEIR CIVIL RIGHTS, AND FOR THEIR VINDICATION, SHALL BE EXERCISED AND ENFORCED IN CONFORMITY WITH THE LAWS OF THE UNITED STATES, SO FOR AS SUCH LAWS SUITABLE TO CARRY THE SAME INTO EFFECT, BUT IN ALL CASES WHERE THEY ARE NOT ADAPTED TO THE OBJECT (OR IN THIS CASE SUBJECT MATTER) OR ARE DEFICIENT IN THE PROVISIONS NECESSARY TO FURNISH SUITABLE REMEDIES AND PUNISH OFFENSES AGAINST LAW, THE COMMON LAW AS MODIFIED AND CHANGED BY THE CONSTITUTION AND STATUTES OF THE STATE WHERE IN THE COURT HAVING JURISDICTION OF SUCH CIVIL OR CRIMINAL CAUSES IS HELD SO FAR AS THE SAME IS NOT INCONSISTANT WITH THE CONSTITUTION AND LAWS OF THE UNITED STATES, SHALL BE EXTENDED TO AND GOVERN THE SAID COURTS IN THE TRIAL OF DISPOSITION OF THE CAUSE AND IF ITS [illegible] OF A CRIMINAL NATURE IN THE INFLICTION OF PUNISHMENT ON THE PARTY FOUND GUILTY

VII AMERICAN DISABILITES ACT ENFORCEMENT

(7. 42 § 12101 - 12132 42 §§. 10801

THIS COURTS INHERENT POWER AND DUTY, JURISDICTIONAL OBLIGATION IS REQUIRED TO PROTECT THE INTERESTS OF THE DISABLED MENTALLY CHALLENGED, MEANTALLY IMPARIED; HANDICAPPED, RETARDED, PHYSICALLY IMPAIRED, EVEN THE IDIOT SAVANTS ARE BEING GATHERED TOGETHER IN THESE CONVENIENT HOSTAGE STYLED "PUNISHMENT CAMPS" - JURISDICTION COULD EASILY BE CONFERRED 18 USCS § 2441 (b)(1)(2)(A)(i)(d)(1)(B) CRUEL AND OR INHUMANE AND / OR DETAINMENT IDEOLOGIES THAT CONTRAVENE U.S. LAWS

VIII EQUAL PROTECTIONS

8 FACTUAL ISSUES APPLICABLE TO PLAINTIFFS WHETHER INDIVIDALLY OR BY CLASS INCLUDE, BUT ARE NOT LIMITED TO 8TH AMENDMENT CONCERNS FOR "IN PRISON" CONSTITUTIONAL XI SOVEREIGN IMMUNITY WITH REGARD TO CLAIMS UNDER A.D.A. PROTECTIONS 42. USC §§ 12101 (b) (4) - 12132 NO DISCRIMINATION AGAINST PERSONS WHOM HAVE DISABILITIES - EQUAL PROTECTIONS

42 U.S.C. §§ 12101 (b) (4) - 12132 NO DISCRIMINATION AGAINST PERSONS "EQUAL OPPORTUNITES" TO PERSONS WHOM HAVE DISABILITIES - EQUAL PROTECTIONS CLAUSE 14TH AMENDMENT - MENTAL, PHYSICAL OR OR OTHERWISE IN A "SPECIAL NEEDS" UNIT(S) WHERE THE CONDITIONS OF CONFINEMENT ARE WHOLLY UNFIT FOR HUMAN HABITATION MUCH LESS THE THE VERMIN / RODENTS THAT DWELL HERE.

IX. SPECIAL OFFENDER CLASSIFICATION

9 "SPECIAL OFFENDER INMATE" CLASS CERTIFICATION SPECIAL NEEDS' INMATES ARE ENTITLED TO A MINIMUM OF DUE PROCESS RIGHTS INCLUDING 10 DAYS WRITTEN NOTICE SPECIFYING REASONS FOR CLASSIFICATION, SINCE BY VIRTURE OF SUCH DESIGNATION, OFFENDERS ARE SUBJECT TO EXTENDED LOSS OF LIBERTY, PRIVILEGES, AND IN SOME CASES LIFE AND PROPERTY, COMMUNITY RESOURCES DID NOT KEEP UP WITH THE NEEDS OF THE DISPLACED REFUGEES FROM THE WAR ON DRUGS WHICH LEFT A SIGNIFIGANT GROUP OF "CLIENTS" UNMET RESIDENTIAL AND SERVICE NEEDS.

X CONSTITUTIONAL FEDERAL FRAMEWORK

10 ALL PERSONS INCLUDING ALIENS (MR. PRESIDENT TRUMP E.T.), ARE PROTECTED BY THE DUE PROCESS CLAUSE OF THE FIFTH (5) AMENDMENT TO THE UNITED STATES CONSTITUTION THE DUE PROCESS CLAUSE PROVIDES THAT NO PERSON/-INDIVIDUAL - COMPANY SHALL BE DEPRIVED OF LIFE, LIBERTY AND/OR EVEN PROPERTY WITHOUT DUE PROCESS OF LAW - SEE ARTICLE VI U.S. CONSTITUTION FEDERAL SUPREMACY - USCS, USC, LAW OF THE LAND AND ANY STATE STATUTE THAT RUNS IN CONTROVENTION TO FEDERAL FRAMEWORK IS "ULTRA VIRES" ENFORCEMENT ACTIVITIES - DEFENDANTS OPERATING UNDER BANNER "COLOR OF STATE LAWLESSNESS" AGAINST THE FIRMAMENT, THE BEDROCK OF THE UNITED STATES BILL OF RIGHTS GUARANTEES - THESE DEFENDANTS OUTLAWERY - COLLUSIONS - CONSPIRACY AGAINST THE ADMMINISTRATION OF JUSTICE - SEEK NOBLE SHELL 2.R. FOR JUSTICE.

IN ADDITION, THE EIGHTH (8TH) AMENDMENT PROHIBITS THE INFLICTION OF PUNISHMENT THAT CAN BE CHARACTERIZED AS "CRUEL AND UNUSUAL". THIS FACILITY IS BOTH CRUEL AND UNUSUAL AND PUNISAMENT, WILLFUL, DELIBERATE, INTENDED WANTON CONDUCT.

XI DEPRIVATION OF RIGHTS UNDER COLOR OF LAW IS

11. ULTRA VIRES QUASI FEDERAL ENFORCEMENT UNDER COLOR OF ANY LAW STATUTE, ORDINANCE, REGULATION OR CUSTOM, WHOM WILLFULLY SUBJECTS ANY PERSON IN ANY STATE, TERRITORY COMMON WEALTH, POSSESSION OR DISTRICT TO THE DEPRIVATION OF RIGHTS PROTECTED BY THE UNITED STATES CONSTITUTION ARE GUILTY OF BOTH CONSPIRACY AND OBSTRUCTION OF JUSTICE. THROUGH THE Fourteenth Amendment Protections,

XII CRIMINAL PENALTIES; COLLUSION AGAINST THE ADMINISTRATION OF JUSTICE

12. CONSPIRACY AGAINST CIVIL RIGHTS

XIII OBSTRUCTION OF JUSTICE TITLE 18

13. CONSPIRICY TO OBSTRUCT JUSTICE 42 U.S.C.S § 1985 18 USCS § 371 CONSPPIRACY TO COMMIT OFFENSE OR TO DEFRAUD THE UNITED STATES.

18 USCS § 641 PUBLIC MONEY PROPERTY OR RECORDS

18 USCS § 1002 POSSESSION OF FALSE PAPERS TO DEFRAUD UNITED STATES

18 USCS § 1347 HEALTH CARE FRAUD — UTMB TEXAS SKIMMING MEDICAID AND MEDICARE

page 9

AUDIT UNDER FEDERALLY ASSITED PROGRAMS
ACTUAL FORENSIC ACCOUNTING SERVICES BY COURT ORDER (hireawitness.com) 42 §§ 2000d-1

RELIEF THAT CAN BE GRANTED (see included Placards)

1. DECLARE THE DEFENDANTS ACTIVITIES UNCOSTITUTIONAL
2. APPOINT COUNSEL FAMILIAR WITH DISTRICT COURT RULES, WORK TO DEVELOP AN UPDATED SET OF RULES AND CONDITIONAL GUIDLINES FOR CONFINES, ACCESS TO LEGAL REFERENCE MATERIAL, PHYSICAL BOOKS, CITING, REFERENCES, AUTHORITITIES, ETCETERA, WHICH RESPECTS ON INDIVIDUALS RIGHTS TO PRIVATE LEGAL RESEARCH (NOT SUBJECT TO ISTITUTIONAL MONITORING, TERMS OF SERVICE AGREEMENT, ARBITRATION AGREEMENT) IN A PLACE DESIGNATED BY THE APPROPRIATE SUPERVISORY OFFICAL AND/OR BY A COMMITTEE WORKING TO ENFORCE FEDERAL STATUTES, NORMS LAWS AND TRADITIONS (ESPECIALLY PURSUANT TO TITLE 42 §§ 1981, 1982, 1983, 1985, 1986 1987, 1988 AND § 42 §§ 10801, ET AL).

ESTABLISHMENT OF SYSTEMS AND ADVOCACY SYSTEM §§ 10801-10827 AMERICANS WITH DISABILITIES ENFORCEMENT ORDER INTO EXISTANCE OR IF ONE ALREADY EXISTS ADD TO THE CASE LOAD FOR DEPARTMENT OF HEALTH AND SAFETY FOR COOKING PREPARATION AREAS, FACILITY ADA ENFORCEMENT ORDER DAMAGES TO BE GRANTED PURSUANT TO RULE 37(a)(5)

DEMAND FOR JUDGMENT PURSUANT TO FED RULES CIV PROCEDURE RULE 54, SUMMARY JUDGMENT IS PROPER BUT ORDER FULL LEVEL 3 DISCOVERY

Page 10

FOR DUTIFUL DISCLOSURES NON IMPEACHMENT DUE DILIGENCE "LOOK BACK" (5) FIVE YEARS DAMAGES UNDER FALSE CLAIMS ACT 31 § 3729

DAMAGES. FOR FALSE IMPRISONMENT IF USING TEXAS CIVIL PRACTICE AND REMEDIES CODE AS A GUIDE, EACH DEFENDANT WHOM SIGNS (OR AGREES TO SIX MONTH PERIOD SHOULD BE COMPENSATED AT A DAILY PRO RATED AMOUNT OF $ 222.00. THIS AMOUNT ~~THIS AMOUNT~~ DOES NOT INCLUDE EXEMPLARY OR PUNITIVE DAMAGES AS THE JURY MAY AWARD UPON CONCLUSION ON THE TRIAL OF THESE MATTERS. ANY PROPOSED ORDER SHOULD INCLUDE A LOOK BACK PERIOD CONSISTANT WITH I.R.S. REQUIREMENTS FOR THE HOLDING OF RECORDS FOR A PERIOD OF FIVE (5) ~~TO~~ SEVEN (7) YEARS. DICOVERY HAS REVEALED AN APPROXIMATE 1/3RD 33% OR 33% -50% OF DETAINEES HAVE BEEN MISLEAD BY DAS COURT APPOINTED LAWYERS AND JUDGES IN DETERMINING THE AWARD OF MONIES FOR THIS FACILITY ALONE ALLOCATION OF MONIES TO INDIVIDUAL $ 80,000.00 PLAINIFFS SHOULD EQUATE TO AN AMOUNT THAT EXCEEDS $ 10,000,000.00 FOR THE FALSE IMPRISONMENT